UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SALGADO, | No. 2:13-cv-2350-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| DAVID LONG, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 22, 2016, petitioner requested an extension of time to file his objections to the December 13, 2016 findings and recommendations.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 27) is granted and petitioner has 30 days from the date this order is served to file his objections.

Dated: December 30, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE